**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Marcene Mires,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>Lowe's Home Improvement,<br><br>    Defendant(s). | Case No.: C-11-6721-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on April 9, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 9/10/12 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO OCCUR BY: | 8/3/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/8/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 12/2/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 1/4/13<br>Rebuttal: 1/11/13 |
| EXPERT DISCOVERY CUTOFF: | 1/31/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 3/5/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 5/3/13 |
| PRETRIAL CONFERENCE: | Friday, 5/17/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 6/3/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 10 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties shall provide the Court with the names of an agreed-upon Magistrate Judge or
2  names of Magistrate Judges for potential referral of case by April 16, 2012 by filing a JOINT Notice.
3  A compliance hearing regarding shall be held on Friday, April 20, 2012 on the Court's 9:01a.m.
4  calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be
5  designated.  By April 16, 2012, the parties shall file either the JOINT Notice or a one-page JOINT
6  STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the
7  parties need not appear and the compliance hearing will be taken off calendar.  Telephonic
8  appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

9  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
10 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
11 Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

12  **IT IS SO ORDERED.**

13  Dated: April 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**