United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARCENE MIRES,**<br><br>   Plaintiff,<br><br>vs.<br><br>**LOWE'S HOME IMPROVEMENT,**<br><br>   Defendants. | Case No.: 11-cv-6721 YGR<br><br>**ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE; DENYING REQUESTS TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AS MOOT** |

The Case Management Conference set for October 15, 2012, is **VACATED** and **RESET** to November 26, 2012, at 2:00 p.m. The parties are directed to file an updated joint case management statement seven days in advance of the new case management conference date.

The parties' requests to appear by telephone at the case management conference for October 15, 2012 are **DENIED** as moot. This Order terminates Docket Nos. 31 and 34.

**IT IS SO ORDERED.**

Date: October 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**