1  CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
   GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
2  RODRIGO J. BOZOGHLIAN, ESQ.; STATE BAR NO.: 249732
   **THARPE & HOWELL, LLP**
3  15250 Ventura Blvd., Ninth Floor
   Sherman Oaks, California  91403
4  (818) 205-9955; (818) 205-9944 fax
   E-Mail:  cmay@tharpe-howell.com
5  E-Mail:  gsharaga@tharpe-howell.com
   E-Mail:  rbozoghlian@tharpe-howell.com
6
7  Attorneys for Defendants,
        Lowe's HIW, Inc.

UNITED STATES DISTRICT COURT
~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCENE MIRES,<br><br>               Plaintiff,<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT,<br>a business, form unknown and DOES 1 TO 50,<br><br>               Defendant. | Case No. **CV-11-6721-YGR**<br><br>(Sonoma County Superior Court Case No.: SCV 250199)<br><br>**ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

Pursuant to the Notice of Voluntary Dismissal filed in this action (Dkt. No. 43), the Complaint of Plaintiff MARCENE MIRES is **DISMISSED** in its entirety, with prejudice.  The compliance hearing set for May 24, 2013 is **VACATED**.

**IT IS SO ORDERED.**

Dated:  May 15, 2013          By:  _____
                                    YVONNE GONZALEZ ROGERS
                                    U.S. DISTRICT JUDGE

- 1 -