CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
RODRIGO J. BOZOGHLIAN, ESQ.; STATE BAR NO.: 249732
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com
E-Mail:  rbozoghlian@tharpe-howell.com

Attorneys for Defendants,
     Lowe's HIW, Inc.

UNITED STATES DISTRICT COURT
~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCENE MIRES, <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME IMPROVEMENT, a business, form unknown and DOES 1 TO 50, <br><br> Defendant. | Case No. **CV-11-6721-YGR** <br><br> (Sonoma County Superior Court Case No.: SCV 250199) <br><br> **ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

Pursuant to the Notice of Voluntary Dismissal filed in this action (Dkt. No. 43), the Complaint of Plaintiff MARCENE MIRES is **DISMISSED** in its entirety, with prejudice.  The compliance hearing set for May 24, 2013 is **VACATED**.

**IT IS SO ORDERED.**

Dated:  May 15, 2013          By: _____
                                 YVONNE GONZALEZ ROGERS
                                 U.S. DISTRICT JUDGE